**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 02-7107**

─────────

RICKY LEE ANDERSON,

                                    Petitioner - Appellant,

        versus

UNITED STATES PAROLE COMMISSION; DAN L. DOVE,
Warden,

                                    Respondents - Appellees.

─────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CA-02-670-2-23)

─────────

Submitted:  October 10, 2002        Decided:  October 17, 2002

─────────

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Ricky Lee Anderson, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ricky Lee Anderson appeals the district court's order denying his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's order accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Anderson v. United States</u>, No. CA-02-670-2-23 (D.S.C. June 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>